UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FARADAY SHIPPING CO. LTD.,

                Plaintiff,

   - against -

ESSAR STEEL LTD.,

                Defendant.
------------------------------------------------------------X

08 Civ. 2857 (DC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

## ORDER TO UNSEAL CASE

This Court ordered on March 18, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
        March 3, 2008

SO ORDERED

Hon. Denny Chin
United States District Judge