UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FARADAY SHIPPING CO. LTD.,                  :

                            Plaintiff,   :   ECF CASE

   -against-                                          :   08 Civ. 2857 (DC)

ESSAR STEEL LTD.,                                  :   NOTICE OF RESTRICTED
                                                           APPEARANCE PURSUANT TO
                          Defendant.   :   SUPPLEMENTAL RULE E(8)
-----------------------------------------------------------x

ESSAR STEEL LTD., by and through undersigned counsel, Cardillo & Corbett, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
           April 2, 2008

                                                      CARDILLO & CORBETT
                                                      Attorneys for Defendant
                                                      ESSAR STEEL LTD.

                                                      By: _____
                                                         Tulio R. Prieto (TP 8455)
                                                      29 Broadway
                                                      New York, New York 10006
                                                      Tel.: 212-344-0464
                                                       Fax: 212-797-1212