UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARADAY SHIPPING CO. LTD.,

                Plaintiff,

-against-

ESSAR STEEL LTD.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

08 Civ. 2857 (DC)

**RULE 41(a)(1)(ii) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, FARADAY SHIPPING CO. LTD., and Defendant, ESSAR STEEL LTD., stipulate to vacatur of the order of attachment issued in this case against the assets of Defendant and the dismissal, with prejudice, of all claims asserted herein.

It is further stipulated that any garnishee banks that have restrained any property of the Defendant by virtue of the Order of Maritime Attachment and Garnishment issued in this action, are hereby ordered to release any such restraint upon Defendant's property and to immediately remit any such restrained property in accordance with the original wire instructions.

Dated: New York, New York
         April 14, 2008

_____
Kevin J. Lennon (KL)
LENNON, MURPHY & LENNON, LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 (telephone)
(212) 490-6070 (fax)
Attorneys for Plaintiff

_____
Tulio R. Prieto (TP 8455)
CARDILLO & CORBETT
29 Broadway, Suite 1710
New York, NY 10006
(212) 344-0464 (telephone)
(212) 797-1212 (fax)
Attorneys for Defendant

SO ORDERED:

_____
U.S. DISTRICT JUDGE
4/15/08